FILED by \_\_MM\_\_ D.C.

Feb 28, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20093-CR-SCOLA/GOODMAN

18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1029(a)(4)
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 1029(c)(1)(C)

UNITED STATES OF AMERICA

vs.

YORDAN RODRIGUEZ-BLANCO,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Possession of Fifteen or More Counterfeit Access Devices
### (18 U.S.C. § 1029(a)(3))

On or about December 15, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**YORDAN RODRIGUEZ-BLANCO,**

did knowingly, and with intent to defraud, possess fifteen (15) or more counterfeit and unauthorized access devices, that is, credit and debit card account numbers issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(3).

<u>**COUNTS 2-6**</u>
**Aggravated Identity Theft**
**(18 U.S.C. § 1028A(a)(1))**

On or about December 15, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**YORDAN RODRIGUEZ-BLANCO,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, knowingly, and with intent to defraud, possessing fifteen (15) or more counterfeit and unauthorized access devices, that is debit and credit card account numbers issued to other persons, said conduct affecting interstate and foreign commerce, as charged in Count 1 of this Indictment, did knowingly transfer and possess, without lawful authority, the means of identification of another person, as set forth below:

| Count | Means of Identification |
|---|---|
| 2 | Debit card account number ending in 8374 issued to "M.A." |
| 3 | Debit card account number ending in 7450 issued to "K.R." |
| 4 | Debit card account number ending in 7707 issued to "F.B." |
| 5 | Debit card account number ending in 4884 issued to "G.C." |
| 6 | Credit card account number ending in 7813 issued to "J.R." |

in violation of Title 18, United States Code, Section 1028A(a)(1).

**[This Space Left Intentionally Blank]**

## COUNT 7
**Possession of Access Device-Making Equipment**
**(18 U.S.C. § 1029(a)(4))**

On or about December 15, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**YORDAN RODRIGUEZ-BLANCO,**

did knowingly, and with intent to defraud, have custody and control of, and possess access device-making equipment, that is, a magnetic strip card reader and encoder, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(4).

### FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **YORDAN RODRIGUEZ-BLANCO,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in this Indictment, the defendant shall forfeit to the United States: (a) any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such offense, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

**[This Space Left Intentionally Blank]**

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

STEFAN DIAZ ESPINOSA
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

YORDAN RODRIGUEZ-BLANCO,

_____/
            **Defendant.**

CASE NO.: _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s) (Yes or No) _____
Number of New Defendants ____
Total number of New Counts ____

**Court Division** (select one)
- ☑ Miami
- ☐ Key West
- ☐ FTP
- ☐ FTL
- ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) **Yes**
   List language and/or dialect: **Spanish**

4. This case will take **2-3** days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)
   - I   ☑ 0 to 5 days
   - II  ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V  ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) **No**
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) **No**
   If yes, Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) **No**
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) **No**

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) **No**

By: _____
Stefan Diaz Espinosa
Assistant United States Attorney
FL Bar No.   1010217

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Yordan Rodriguez-Blanco

**Case No**: _____

Count #: 1

Possession of Fifteen or More Counterfeit Access Devices

Title 18, United States Code, Section 1029(a)(3)
* **Max. Term of Imprisonment**: Ten Years' Imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable)**: N/A
* **Max. Supervised Release**: Three Years
* **Max. Fine**: $250,000

**Case No**: _____

Counts #: 2-6

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)
* **Max. Term of Imprisonment**: Two Years Imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable)**: Two Years' Imprisonment (consecutive to any other sentence)
* **Max. Supervised Release**: One Year
* **Max. Fine**: $250,000

**Case No**: _____

Count #: 7

Possession of Access Device-Making Equipment

Title 18, United States Code, Section 1029(a)(4)
* **Max. Term of Imprisonment**: 15 Years' Imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable)**: N/A
* **Max. Supervised Release**: Three Years
* **Max. Fine**: $250,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.